# Court of Appeals
# of the State of Georgia

ATLANTA,  August 21, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0120. JOHN BERNARD HARRIS v. THE STATE.**

In 2006, a jury found John Bernard Harris guilty of armed robbery, kidnapping with bodily injury, and possession of a firearm during the commission of a crime. This Court affirmed Harris's convictions on appeal. *Dade v. State*, 292 Ga. App. 897 (666 SE2d 1) (2008). In 2023, Harris filed a second extraordinary motion for new trial. The trial court found that the motion was subject to dismissal and, even if properly filed, would be denied. Harris then filed a "Notice of Appeal (Discretionary)" in the trial court. We, however, lack jurisdiction.

An appeal from an order denying an extraordinary motion for new trial must be made by filing an application for discretionary appeal in this Court. OCGA § 5-6-35 (a) (7); *Davis v. State*, 182 Ga. App. 736, 736-737 (356 SE2d 762) (1987). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists, Inc. v. State*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Harris's failure to follow the discretionary appeals

procedure thus deprives us of jurisdiction to consider this appeal, which is hereby

DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  08/21/2023*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*